UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **MILLICENT ALEXIS BUDLONG-SPRINGER,** : <br>     *Plaintiff* : <br> : <br> **v.** : <br> : <br> **CONFLICT RESOLUTION TRAINING,** : <br> **INC., alias, THE MARKETSPACE, INC.,** : <br> **alias, d/b/a ZATONY, alias, ZATONY,** : <br> **Inc., alias, and SUSAN DEVENEY, alias,** : <br>     *Defendants* : | C.A. No. 20-cv-00205-MSM-PAS |

### STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties to the within action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and through their respective counsel, and hereby stipulate and agree that all claims in the within action, including any and all claims asserted in the Complaint and Counterclaim, are hereby dismissed with prejudice with all rights of appeal waived and each party to bear their own costs and fees.

| | |
|---|---|
| Plaintiff, <br> **Millicent A. Budlong-Springer** | Defendants, <br> **Conflict Resolution Training, Inc.,** <br> **The Marketspace, Inc., alias, d/b/a Zatony,** <br> **ZATONY, Inc., alias,** and <br> **Susan Deveney** |
| By her attorneys, <br> **SINAPI LAW ASSOCIATES, LTD.** | By their attorneys, <br> **ADLER POLLOCK & SHEEHAN P.C.** |
| /s/ **Danilo A. Borgas** <br> **Danilo A. Borgas, Esq**. (#9403) <br> **Richard A. Sinapi, Esq**. (#2977) <br> 2374 Post Road, Suite 201 <br> Warwick, RI 02886 <br> Phone: (401) 739-9690 <br> Fax: (401) 739-9040 <br> Email: ras@sinapilaw.com <br>         dab@sinapilaw.com | /s/ **Ali Khorsand** <br> **Ali Khorsand, Esq.** (#8084) <br> **Robert Brooks, Esq.** (#3721) <br> One Citizens Plaza, 8th Floor <br> Providence, RI 02903 <br> Phone: (401) 274-7200 <br> Fax: (401) 751-0604 <br> Email: akhorsand@apslaw.com <br>        rbrooks@apslaw.com |

Dated: February 17, 2021

## **CERTIFICATION OF SERVICE**

   I hereby certify that a true and accurate copy of the within Stipulation of Dismissal was filed and served electronically by operation of the Court's CM/ECF System upon the following counsel on this 17TH day of February, 2021:

**Ali Khorsand, Esq.** (# 8084)
**Robert Brooks, Esq.** (#3721)
One Citizens Plaza, 8th Floor
Providence, RI 02903
Phone: (401) 274-7200
Fax: (401-751-0604
Email: akhorsand@apslaw.com
    rbrooks@apslaw.com

                  /s/ **Danilo A. Borgas**